UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WESTERN WORLD INSURANCE COMPANY**                                                          **PLAINTIFF**

v.                              CASE NO. 4:07-CV-00350 GTE

**HOME SERVICES OF CAMDEN, INC.;**
**FRED BRADSHAW; THOMAS J. STARK;**
**MIHAELA A. STARK**                                                                                         **DEFENDANTS**

## JUDGMENT

Upon the basis of the Order of this date granting Plaintiff's Motion for Summary Judgment, the Court finds that judgment should be entered in favor of Plaintiff.

Accordingly,

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Plaintiff Western World Insurance Company.

IT IS FURTHER ORDERED that the Complaint be, and it is hereby, dismissed with prejudice.

Dated this 18th day of October, 2007.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE